# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | Bk. No. 12-10713-JMD |
| | Chapter 7 |
| Frederick V. McMenimen, III, | |
|     Debtor | |
| | |
| Mark P. Cornell, | |
| Trustee for Frederick v. McMenimen, III, | |
|     Plaintiff, | |
| | |
| v. | Adv. No. 14-1005-JMD |
| | |
| Frederick V. McMenimen, Jr., | |
|     Defendant | |

## **FINAL JUDGMENT**

The Court, in a separate order, has rendered its findings and conclusions concerning the Plaintiff's uncontested motion for summary judgment (Doc. No. 19). In accordance therewith, it is hereby ORDERED:

1. Judgment is entered in favor of the Plaintiff with respect to Counts IV and V of the complaint (Doc. No. 1).

2. Judgment is hereby entered against Frederick V. McMenimen, Jr. in the amount of $285,867.22, with interest thereon at the rate provided by statute.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this Court has jurisdiction of the subject matter and the parties.

ENTERED at Manchester, New Hampshire.

Date: September 12, 2104          /s/ J. Michael Deasy
                                                 J. Michael Deasy
                                                 Bankruptcy Judge